IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DENNIS OSETH<br>and NADIA NADIAK (OSETH),<br><br>          Plaintiffs,<br>v.<br><br>VERNON COUNTY, WISCONSIN, et al.,<br><br>          Defendants. | ORDER<br><br>Case No.  16-cv-704-wmc |

Plaintiffs Dennis Oseth and Nadia Nadiak (Oseth) have filed a proposed civil complaint. Plaintiffs seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.  From the affidavit of indigency plaintiffs have submitted, I find that plaintiffs are unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiffs Dennis Oseth and Nadia Nadiak (Oseth)'s petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  Once the screening process is complete, a separate order will issue.

Entered this 26th day of October, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge