IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS OSETH and
NADIA NADIAK (OSETH),

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-704-wmc

v.

VERNON COUNTY, WISCONSIN, et al.

    Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution.

| /s/ | 9/19/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |